JOHN C. KIRKE, #175055
ANDREW S. MACKAY, #197074
JOSHUA M. CAPLAN, #245469
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
P.O. Box 12979
Oakland, California 94604-2979
Telephone:    (510) 451-0544
Facsimile:     (510) 832-1486

Attorneys for Plaintiff and Counterdefendant
THE PROVERBS 356 COMPANY dba
LIVING EPISTLES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PROVERBS 356 COMPANY, a Tennessee corporation, dba LIVING EPISTLES,<br><br>Plaintiff,<br><br>v.<br><br>ABUNDANT LIFE FELLOWSHIP AND WORLD OUTREACH, INC., a California corporation; LORD'S GYM, INC., a California corporation; DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:07-cv-00772-FCD-DAD<br><br>**STIPULATION AND ORDER RE: PRETRIAL SCHEDULING** |
| ABUNDANT LIFE FELLOWSHIP AND WORLD OUTREACH, INC., a California corporation; LORD'S GYM, INC., a California corporation,<br><br>Counterclaimants,<br><br>v.<br><br>THE PROVERBS 356 COMPANY, a Tennessee Corporation; and DOES 1 through 50, inclusive,<br><br>Counterdefendants. | |

1   WHEREAS, Plaintiff and Counterdefendant THE PROVERBS 356 COMPANY, a Tennessee Corporation, dba Living Epistles ("Living Epistles") and Defendants and Counterclaimants ABUNDANT LIFE FELLOWSHIP AND WORLD OUTREACH, INC., a California corporation and LORD'S GYM, INC., a California corporation, attended an unsuccessful mediation in March 2007;

WHEREAS, since March 2007, the parties have engaged in a significant amount of discovery;

WHEREAS, the parties and counsel agree that this matter is in a posture for settlement and that another mediation is in order;

WHEREAS, the parties have agreed on a new mediator, Michael Young, Esq., who has agreed to travel to northern California to conduct a further mediation;

WHEREAS, Plaintiff and Defendants have engaged in written discovery, including Special Interrogatories and Requests for Production of Documents and Things,

WHEREAS, Plaintiff and Defendants have taken the depositions of Jeffrey Nicholson, Garry Ansdell, and Allen Knight,

WHEREAS, Plaintiff has noticed the deposition of Defendant's 30(b)(6) designee and has noticed the depositions of third-party witnesses Chris Dunton and Norman Oldfield,

WHEREAS, the Parties believe that extending the discovery and expert discovery deadlines set forth in the Court's Status (Pretrial Scheduling) Order in this action will facilitate settlement and may conserve judicial resources, streamline the instant litigation, and lower litigation costs,

WHEREAS, all Parties to this case have agreed to extend the discovery and expert discovery deadlines set forth in the Court's Status (Pretrial Scheduling) Order,

IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that: (1) all discovery shall be completed by August 22, 2008; (2) the designation of expert witnesses shall occur not later than September 8, 2008; (3) the designation of rebuttal expert witnesses shall occur not later than October 6, 2008; (4) all expert discovery shall be completed by December 5, 2008; and (5) all other pretrial deadlines and the trial date remain the same.

ACCORDINGLY, the Parties pray that the Court signs the attached Proposed Order.

IT IS SO STIPULATED.

Dated: July __, 2008                   /s/
                                       John C. Kirke
                                       Counsel for THE PROVERBS 356 COMPANY dba
                                       LIVING EPISTLES

Dated: July __, 2008                   /s/
                                       Thomas G. Gehring
                                       Counsel for ABUNDANT LIFE FELLOWSHIP &
                                       WORLD OUTREACH, INC. and LORD'S GYM, INC.

Dated: July __, 2008                   /s/
                                       Michael A. Byrne
                                       Counsel for ABUNDANT LIFE FELLOWSHIP &
                                       WORLD OUTREACH, INC. and LORD'S GYM, INC.

After reviewing the parties' Joint Stipulation regarding pretrial deadlines, the Court makes the following orders:

### I.   DISCOVERY

All discovery shall be completed by August 22, 2008.  In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered the order has been obeyed.  All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this Court.

### II.   EXPERT WITNESS AND EXPERT DISCOVERY

All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than September 8, 2008.  By October 6, 2008, any party who previously disclosed expert witnesses may submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject.  All expert discovery shall be completed by December 5, 2008.

All other deadlines set forth in the Court's November 6, 2007, Status (Pretrial Scheduling) Order remain unchanged.

Dated: July 23, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE