MICHAEL A. BYRNE (#42511)
NANCY A. RAMSEY, (#177931)
McKAY, GRAHAM & de LORIMIER
3250 Wilshire Blvd., Suite 603
Los Angeles, CA 90010-1578
(213)386-6900/Fax:(213)381-1762

Attorneys for Defendants ABUNDANT LIFE
FELLOWSHIP AND WORLD OUTREACH,
INC., and LORD'S GYM, INC.

THOMAS G. GEHRING, (#089560)
CYNDI K. WONG, (#244983)
THOMAS G. GEHRING & ASSOCIATES
1534 Seventeenth Street, Suite 203
Santa Monica, CA 90404
(310) 264-7744/Fax:(310) 264-7746

Attorneys for Defendants and Counterclaimants
ABUNDANT LIFE FELLOWSHIP AND
WORLD OUTREACH, INC. and LORD'S
GYM, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| THE PROVERBS 356 COMPANY, a Tennessee Corporation, dba LIVING EPISTLES, | ) CASE NO. 2:07-cv-00772-FCD-DAD |
| | ) **ORDER TO DISMISS THE ENTIRE** |
| | ) **ACTION, INCLUDING THE CROSS-** |
| | ) **COMPLAINT FILED THEREIN, WITH** |
| Plaintiff, | ) **PREJUDICE PURSUANT TO FRCP** |
| | ) **RULES 41(a)(2) AND 41(c)** |
| v. | ) |
| | ) |
| ABUNDANT LIFE FELLOWSHIP AND | ) |
| WORLD OUTREACH, INC., a California | ) TRIAL |
| corporation, and LORD'S GYM, INC., a | ) DATE:    June 2, 2009 |
| California; and DOES 1 through 50, inclusive, | ) TIME:    9:00 A.M. |
| | ) JUDGE:   **Hon. Frank C. Damrell, Jr.** |
| Defendants. | ) (Assigned for all purposes) |

1

THOMAS G. GEHRING & ASSOCIATES
A PROFESSIONAL CORPORATION
1534 Seventeenth Street, Suite 203
Santa Monica, CA 90404

1   ABUNDANT LIFE FELLOWSHIP AND                )
2   WORLD OUTREACH, INC., a California not-      )
    for-profit corporation, and LORD'S GYM,      )
3   INC., a California not-for-profit corporation, )
                                                  )
4              Counterclaimants,                  )
                                                  )
5          v.                                     )
                                                  )
6   THE PROVERBS 356 COMPANY, a                   )
7   Tennessee Corporation,                        )
                                                  )
8              Counterdefendant.                  )
                                                  )
9   _____

10

11  Submitted by:

12  DATED: November 5, 2008          THOMAS G. GEHRING
                                     CYNDI K. WONG
13                                   THOMAS G. GEHRING & ASSOCIATES, APC
                                     Attorneys for Defendants and Counterclaimants
14                                   ABUNDANT LIFE FELLOWSHIP AND WORLD
                                     OUTREACH, INC. and LORD'S GYM, INC.
15

16

17                                   **<u>ORDER</u>**

18          For good cause, the Court hereby orders as follows:

19          1.      The Court hereby dismisses the entire action, including the Cross-Complaint filed

20  therein, with prejudice, each party to bear its own costs and attorney fees.

21

22          **IT IS SO ORDERED.**

23  DATED: November 12, 2008

24                                   FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE
25

26

27

28

THOMAS G. GEHRING & ASSOCIATES
A PROFESSIONAL CORPORATION
1534 Seventeenth Street, Suite 203
Santa Monica, CA 90404

**ORDER TO DISMISS THE ENTIRE ACTION, INCLUDING THE CROSS-COMPLAINT FILED
THEREIN, WITH PREJUDICE PURSUANT TO FRCP RULES 41(a)(2) AND 41(c)**